UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN CRUZ-RAMIREZ,

        Petitioner,

    v.

CARLTON,

        Respondent.

Case No. 26-cv-03789-NW

**ORDER OF DISMISSAL**

On April 30, 2026, Petitioner Jonathan Cruz-Ramirez, a *pro se* prisoner, filed a petition for writ of habeas corpus. ECF No. 1. On that same date, the Clerk of the Court sent Cruz-Ramirez a notice informing him that his action could not go forward until he paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. ECF No. 2. The notice warned Cruz-Ramirez that he must pay the filing fee or return a completed IFP application within 28 days or his action would be dismissed. *Id.* More than 28 days have passed, and Cruz-Ramirez has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 23, 2026

Noël Wise
United States District Judge